**Order entered August 11, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00182-CR
No. 05-16-00183-CR

**WALDRICK BROOKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-70150-S, F15-00333-S**

## ORDER

Appellant's August 8, 2016 motion seeking to abate the appeal or to extend the time to file appellant's brief is **GRANTED** to the extent of the following relief.

We **ORDER** the Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's findings of fact on appellant's motion for new trial.

We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE